**541 Briar Place Corporation, Plaintiff, Counter Defendant and Appellee, v. Oscar Harman, Defendant, Counter Claimant Appellant.**

Gen. No. 49,268.

First District, Third Division.

January 30, 1964.

Oscar Wyclif Harman, of Chicago, for appellant; no brief filed for appellee. Opinion by JUSTICE DEMPSEY. Not to be published in full.